UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEVIN G. NUNES,

    PLAINTIFF,

v.

CABLE NEWS NETWORK, INC.
and JAKE TAPPER

    DEFENDANTS.

_____/

Case No. 8:22-CV-02659-SCB-AEP

MOTION OF DEFENDANTS CABLE
NEWS NETWORK, INC. AND JAKE
TAPPER FOR LEAVE TO
FILE A SHORT REPLY BRIEF

Defendants Cable News Network, Inc. ("CNN") and Jake Tapper ("Tapper") hereby move pursuant to Local Rule 3.01(d), for leave to file a five-page reply brief in support of their respective Motions to Dismiss the Complaint (Dkt. Nos. 25 & 26) to be due one week after the Court decides this request. In support of this motion, CNN and Tapper state as follows:

1. On January 30, 2023, CNN and Tapper filed their Motions to Dismiss the Complaint in this action (the "Motions") (Dkt. Nos. 25 & 26), the Declaration of Jake Tapper (Dkt. 27), and the Declaration of Jeremy A. Chase (Dkt. 28).

2. On February 13, 2023, Plaintiff Devin Nunes ("Nunes") filed his combined Opposition to CNN and Tapper's respective Motions to Dismiss the Complaint (the "Opposition"). Dkt. 33. In support of his Opposition, Plaintiff filed a declaration purportedly by Plaintiff Devin Nunes. *Id.* at 28–29. However, this declaration is substantively deficient, as it is vague, conclusory, and provides no

support for specific factual contentions in Plaintiff's Opposition.  *See McCullough v. Royal Caribbean Cruises, Ltd.*, 268 F. Supp. 3d 1336, 1345 (S.D. Fla. 2017) ("Affidavits submitted in support of or in opposition to a motion to dismiss for lack of personal jurisdiction must 'set forth specific factual declarations within the affiant's personal knowledge.'") (citing *Posner v. Essex Ins. Co.*, 178 F.3d 1209, 1215 (11th Cir. 1999)); *Layton v. Percepta, LLC*, 2018 WL 3758309, at *2 (M.D. Fla. July 20, 2018) (finding that a declaration was defective where it was "vague and conclusory" and did not "contain any detailed allegations").

3.    Independently, the declaration is procedurally defective, as it is not signed or dated by Plaintiff in compliance with 28 U.S.C. § 1746.  *See Elevation Reps of the Rockies, Inc. v. Elevate Foodservice Grp., LLC*, 2022 WL 16923563, at *2 (M.D. Fla. Nov. 14, 2022) (declining to rely on a declaration that was neither signed nor dated); *Ortiz v. Beverly Hills Spa & Salon LL*C, 2022 WL 6575727, at *2 (S.D. Fla. Sept. 29, 2022) ("Regarding the procedural aspect, the Declaration—which is ostensibly made under penalty of perjury and pursuant to 28 U.S.C. § 1746—is incompetent evidence. It is not dated by [the declarant].");  *see also* M.D. Fla., *Administrative Procedures for Electronic Filing* § H(3), (Dec. 1, 2022).

4.    This new issue warrants a short reply from Tapper, which Tapper believes will aid the Court in its understanding and consideration of this matter.  *See, e.g., Montgomery Bank, N.A. v. Alico Road Business Park, LP*, 2014 WL 3828406 (M.D. Fla. Aug. 4, 2014) (granting motion for leave to file reply where the opposition brief

raised new legal issues and where a reply would "benefit the Court's resolution of the pending motion"); *PK Studios, Inc. v. R.L.R. Invs., LLC*, 2015 WL 12843877, at *2 (M.D. Fla. Dec. 8, 2015) (granting leave to file reply in support of motion to dismiss where defendant's arguments in response were "inaccurate and unsupported"); *Global Tech Led, LLC v. Hilumz Int'l Corp*, 2016 U.S. Dist. LEXIS 101888, at *3 (M.D. Fla. Aug. 3, 2016) (granting leave to file reply to rebut defendant's "conclusory allegations" asserted in response).

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that counsel for Defendants communicated with counsel for Mr. Nunes via email in a good faith effort to resolve the motion, but the parties could not agree to a resolution of the motion. Mr. Nunes opposes the relief sought herein.

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Deanna K. Shullman*<br>Deanna K. Shullman (FBN 514462)<br>Minch Minchin (FBN 1015950)<br>2101 Vista Parkway, Ste. 4006<br>West Palm Beach, Florida 33411<br>Telephone: (561) 429-3619<br><br>dshullman@shullmanfugate.com<br>mminchin@shullmanfugate.com | Elizabeth A. McNamara*<br>Jeremy A. Chase*<br>Alexandra Settelmayer*<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 489-8230<br>lizmcnamara@dwt.com<br>jeremychase@dwt.com<br>alexandrasettelmayer@dwt.com<br>*admitted *pro hac vice*<br><br>*Counsel for Cable News Network, Inc. and Jake Tapper* |